AO 91 (Rev 5/85) Criminal Complaint

# United States District Court

__Northern__ DISTRICT OF __New York__

UNITED STATES OF AMERICA

V.

Name: __Lusine HAKOBYAN__
Address: __Yerevan 375037, Azatutian, St. BLDG, Apt.73__
__Armenia__
Birthdate: __December 25, 1973, Armenia__
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 96-MG-501

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 17, 1996__ in __Clinton__ county, in the __Northern__ District of __New York__ defendant(s) did,

Lusine HAKOBYAN, being an alien born in Armenia, attempted to enter the United States by eluding inspection by Immigration officers at Champlain, N.Y. on October 17, 1996, to wit: she concealed herself from view during primary inspection, this being

in violation of Title __8__ United States Code, Section(s) __1325(a)(2)__ .

I further state that I am a(n) __Senior Immigration Inspector__ and that this complaint is based on the following facts:

On October 17, 1996, the above named individual attempted to enter United States at the Champlain Port of Entry, Champlain, N.Y. concealed under a blanket in the rear seat of a 1985 Oldsmobile Cutlass.

During primary inspection, SUBJECT remained out of sight from the inspector.

During secondary inspection, SUBJECT remained in the vehicle and failed to report.

SUBJECT was discovered during a routine search of the vehicle.

SUBJECT stated that she was a citizen of Armenia and was not in possession of a valid visa to enter the United States. SUBJECT said that she was denied a visa at the U.S. consulate in Montreal in September 1996.

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
OCT 1 8 1996
GEORGE A. RAY, Clerk
UTICA

Continued on the attached sheet and made a part hereof:   [ ] Yes   [x] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence.

__October 18, 1996__                              at   __Rouses Point, New York__
Date                                                        City and State

__Henry Van Acker, Jr., U.S. Magistrate Judge__     _____
Name & Title of Judicial Officer                      Signature of Judicial Officer